```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  LARA S. VINNARD
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA 95113
 4  Telephone: (408) 291-7753
```

*E-FILED - 7/16/09*

 5  Counsel for Defendant ESPINOZA

 6

 7

 8             IN THE UNITED STATES DISTRICT COURT

 9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

| | | |
|---|---|---|
| 12 | UNITED STATES OF AMERICA, ) | No.: CR 09-00173-RMW |
| 13 | Plaintiff, ) ) | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME;** |
| 14 | v. ) ) | **[] ORDER** |
| 15 | JUAN CARLOS ESPINOZA ) ) | |
| 16 | Defendant. ) _____ ) | |

17      Defendant and the government, through their respective counsel, hereby stipulate that,

18  subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled

19  for Monday, July 13, 2009, at 9:00 a.m., be continued to Monday, August 17, 2009, at 9:00 a.m.

20  The continuance is requested because the Ninth Circuit recently issued a new case that may affect

21  the parties' settlement negotiations; additionally, defense counsel requires time to complete

22  investigation by obtaining certain records regarding Mr. Espinoza's prior convictions.

23      The parties further agree that time should be excluded under the Speedy Trial Act because

24  ///

25  ///

26  ///

1  the defense requires time for effective preparation and investigation, and the ends of justice

2  outweigh the defendant's and the public's need for a speedy trial.

3
   Dated: 7/8/09                                          _____/s/_____
4                                                         LARA S. VINNARD
                                                          Assistant Federal Public Defender
5

6  Dated: 7/8/09                                          _____/s/_____
                                                          CHAD MANDELL
7                                                         Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUAN CARLOS ESPINOZA, ) <br> ) <br> Defendant. ) <br> _____ ) | No.: CR 09-00173-RMW <br><br> **[] ORDER CONTINUING HEARING AND EXCLUDING TIME** |

    The parties have jointly requested a continuance of the hearing set for Monday, July 13, 2009, to allow time for the parties to discuss the possible impact of a new Ninth Circuit case, and for the defense to complete investigation.

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, July 13, 2009, be continued to Monday, August 17, 2009, at 9:00 a.m.

    Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from July 13, 2009 to August 17, 2009, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 7/16/09

                                                   *Ronald M. Whyte*
                                                 RONALD M. WHYTE
                                                 United States District Judge